| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Vitargo Global Sciences, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  46-4546676

**4. Debtor's address**

Principal place of business

**9880 Irvine Center Drive, Ste 100**
**Irvine, CA 92618**
Number, Street, City, State & ZIP Code

**Orange**
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Vitargo Global Sciences, Inc.**      Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Vitargo Global Sciences, Inc.** _____ Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district?*** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Vitargo Global Sciences, Inc.** _____  Case number (*if known*) _____
     Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 15, 2017**
                MM / DD / YYYY

**X /s/ Anthony Almada**                                **Anthony Almada**
Signature of authorized representative of debtor        Printed name

Title  **Chief Executive Officer**

**18. Signature of attorney**

**X /s/ Michael Jay Berger**                       Date **March 15, 2017**
Signature of attorney for debtor                          MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone **(310) 271-6223**     Email address **michael.berger@bankruptcypower.com**

**100291**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Vitargo Global Sciences, Inc.**
United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alex B Lee**<br>4315 Will Rogers Drive<br>San Jose, CA 95129 | | Loan | | | | $11,000.00 |
| **American Express**<br>P O Box 981535<br>El Paso, TX 79998 | | Credit card purchases | | | | $6,312.77 |
| **Banned Substances Control Group, In**<br>11301 Olympic Blvd., Ste 685<br>Los Angeles, CA 90064-4275 | | Drug testing on products<br>Trade Debts | | | | $34,992.72 |
| **Berlin Packagin**<br>P O Box 95584<br>Chicago, IL 60694-5584 | | Trade Debts | | | | $34,755.00 |
| **Bernie Wooster**<br>24 South Palomar Drive<br>Redwood City, CA 94062 | | Former Employee | | | | $27,812.65 |
| **Chermi-Source**<br>2665 Vista Pacific Drive<br>Oceanside, CA 92056 | | Loans | | | | $340,000.00 |
| **CRF Solutions**<br>2051 Royal Ave<br>Simi Valley, CA 93065 | | Collection | | | | $9,419.42 |
| **David S Hunt, P.C.**<br>66 Exchange Place<br>Salt Lake City, UT 84111 | | Legal Services | | | | $24,500.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Vitargo Global Sciences, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Duggan Bertsch**<br>303 W. Madison, 10th Floor<br>Chicago, IL 60606-3321 | | **Legal Services** | | | | $17,594.12 |
| **Holthouse Carlin & Van Tright LLP**<br>555 Anton Bvld., Ste 700<br>Costa Mesa, CA 92626 | | **Accounting Services** | | | | $9,554.21 |
| **James Rigg Manager, Midwest Region & GNC Cor**<br>169 Couling Crescent<br>Guelph Ontario N1E 0L1 | | **Employee of the Debtor. (Canada-based sales consultant-FULL TIME)** | | | | $3,315.00 |
| **Jason Schlarb**<br>600 Sierra Circle<br>Durango, CO 81301 | | **Sponsored athlete Trade Debt** | | | | $35,000.00 |
| **Kang, Spanos & Moos, LLP**<br>300 Spectrum Center Drive<br>Suite 1090<br>Irvine, CA 92618 | | **Legal Services** | | | | $8,738.46 |
| **Michael Wardian**<br>104 N. Greenbrier Street<br>Arlington, VA 22203-1258 | | **Sponsored athlete Trade Debt** | | | | $56,000.00 |
| **Premium Assignment Corp.**<br>151 Kalmas Drive, Ste C-220<br>Costa Mesa, CA 92626 | | **Collection** | | | | $34,830.40 |
| **Susan Kleiner**<br>9355 SE 47th Street<br>Mercer Island, WA 98040 | | **Former Employee** | | | | $23,305.88 |
| **Total Sports Management US**<br>1931 Villa Court<br>Johnson City, TN 37615 | | **Former Sponsored athlete Trade Debt** | | | | $4,250.00 |
| **Unisource/Veritiv**<br>P O Box 141<br>Naperville, IL 60566 | | **Warehousing and shipping Trade Debt** | | | | $13,851.00 |

Debtor **Vitargo Global Sciences, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Univ North Carolina CB#8700 - University North Carolina Chapel Hill, NC 27599** | | **Sponsered Research Study Trade Debt** | | | | $23,015.00 |
| **Zane Schweitzer 657 Kai Hele Ku Street Lahaina, HI 96761** | | **Sponsored athlete Trade Debt** | | | | $56,000.00 |

.

Vitargo Global Sciences, Inc.
9880 Irvine Center Drive, Ste 100
Irvine, CA 92618


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


Alex B Lee
4315 Will Rogers Drive
San Jose, CA 95129


Amanda Weller
Executive Assistant to CEO
3012 Cliff Drive
Newport Beach, CA 92663


American Express
P O Box 981535
El Paso, TX 79998


Banned Substances Control Group, In
11301 Olympic Blvd., Ste 685
Los Angeles, CA 90064-4275


Berlin Packagin
P O Box 95584
Chicago, IL 60694-5584


Bernie Wooster
24 South Palomar Drive
Redwood City, CA 94062

Bill Julian
Manager, Midwest Region and GNC Cor
854 Fieldcrest Drive
Byron, IL 61010


Chermi-Source
2665 Vista Pacific Drive
Oceanside, CA 92056


CRF Solutions
2051 Royal Ave
Simi Valley, CA 93065


Darcie Almada
VP, Finance and Purchasing
205 Monarch Bay Drive
Dana Point, CA 92629


David Barr
Sr Digital Editor, Scientific Afair
3380 Apogee Vw
Colorado Springs, CO 80906


David S Hunt, P.C.
66 Exchange Place
Salt Lake City, UT 84111


Duggan Bertsch
303 W. Madison, 10th Floor
Chicago, IL 60606-3321


Holthouse Carlin & Van Tright LLP
555 Anton Bvld., Ste 700
Costa Mesa, CA 92626

James Rigg
Manager, Midwest Region & GNC Cor
169 Couling Crescent
Guelph Ontario N1E 0L1


Jason Schlarb
600 Sierra Circle
Durango, CO 81301


Kang, Spanos & Moos, LLP
300 Spectrum Center Drive
Suite 1090
Irvine, CA 92618


Lauren Samperi
Manager, USA Customer Relations
1218 Via Visalia
San Clemente, CA 92672


Matthew Inglese
Manager, Western Region Sales
9973 Rhinelander Dr
Riverside, CA 92503


Michael Wardian
104 N. Greenbrier Street
Arlington, VA 22203-1258


Premium Assignment Corp.
151 Kalmas Drive, Ste C-220
Costa Mesa, CA 92626


Susan Kleiner
9355 SE 47th Street
Mercer Island, WA 98040

```
Total Sports Management US
1931 Villa Court
Johnson City, TN 37615


Unisource/Veritiv
P O Box 141
Naperville, IL 60566


Univ North Carolina
CB#8700 - University North
Carolina
Chapel Hill, NC 27599


Zane Schweitzer
657 Kai Hele Ku Street
Lahaina, HI 96761
```